# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Inocente Quiju Ramos,<br><br>  Petitioner,<br><br>v.<br><br>John Cantu, et al.,<br><br>  Respondents. | No. CV-25-04743-PHX-DJH (ASB)<br><br>**ORDER** |

Petitioner filed this action challenging his immigration detention.[1] A district court in the Central District of California recently certified a class that includes Petitioner. *Bautista v. Santacruz*, No. 5:25-CV-01873-SSS-BFM, 2025 WL 3288403, at *1 (C.D. Cal. Nov. 25, 2025). On December 18, 2025, the *Bautista* court entered judgment under Rule 54(b) declaring "the Bond Eligible Class members are detained under 8 U.S.C. § 1226(a) and are not subject to mandatory detention under § 1225(b)(2)" and vacating "the Department of Homeland Security policy described in the July 8, 2025, 'Interim Guidance Regarding Detention Authority for Applicants for Admission' under the Administrative Procedure Act as not in accordance with law. 5 U.S.C. § 706(2)(A)." *Bautista v. Santacruz*, No. 5:25-CV-01873-SSS-BFM, Document 94 (C.D. Cal. Dec. 18, 2025). Under the *Bautista* judgment, Petitioner is entitled to be released from custody or provided a bond redetermination hearing within ten days.[2] But in the alternative, the Court's review of the

---

[1] On December 19, 2025, the Court ordered Respondents to show cause no later than December 29, 2025 why the Petitioner should not be granted. This Order supersedes the December 19 Order.

[2] Respondents may also seek reconsideration of this Order if they believe Petitioner is not,

Petition confirms he is entitled to relief regardless of *Bautista* and the Court grants relief based on its judgment that his detention is governed by § 1226 and not § 1225.

**IT IS ORDERED**:

1. Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **granted**.
2. Respondents must provide Petitioner a bond redetermination hearing within **ten days** or release him from custody under the same conditions that existed before his detention.[3]
3. Respondents must provide a notice of compliance within **three days** of releasing Petitioner or providing him a bond hearing.
4. Any pending motions are denied as moot and the Clerk of Court shall enter judgment in Petitioner's favor and close this case.

Dated this 22nd day of December, 2025.

_____
Honorable Diane J. Humetewa
United States District Judge

---

in fact, a member of the *Bautista* class. But the Court's review of the docket reflects he entered the United States decades ago and is detained under § 1226.

[3] Because the immigration court will be closed December 24 through December 28, the Court will extend the time within which Respondents must provide a bond hearing.

- 2 -